**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JAN STASTNY, RICHARD DAI, AMELIA CAI and DAVID CHOI, | ) | |
| Plaintiffs, | ) | No. 22 C 6852 |
| | ) | The Honorable Rebecca R. Pallmeyer |
| v. | ) | |
| AADI BHANTI and DROPMINTS, INC., | ) | |
| Defendants. | ) | |

**ORDER**

This matter coming before the Court pursuant to the parties' stipulation under their settlement agreement, it is hereby ordered that this matter is dismissed with prejudice, all parties to pay their own costs and attorney's fees.

ENTERED:

REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE

Date: February 12, 2024